IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BENNY GIBSON BAKER**                                                                 **PLAINTIFF**

v.                          **CASE NO. 4:24-cv-00512-BSM**

**SOCIAL SECURITY ADMINISTRATION**
*Commissioner*                                                                          **DEFENDANT**

## ORDER

After *de novo* review of the record, including Benny Baker's objection [Doc. No. 15], the recommended disposition from United States Magistrate Judge Joe J. Volpe [Doc. No. 14] is adopted. The commissioner's decision is affirmed and Baker's case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE